NUMBER
13-02-013-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                           CORPUS
CHRISTI

___________________________________________________________________

 

MACLOVIO PEREZ, III,                                              Appellant,

 

v.

 

A. B.
QUINTANILLA, ET AL.,                                     Appellees.

__________________________________________________________________

 

             On appeal from the County
Court at Law No. 4 

 of Nueces
County, Texas

__________________________________________________________________

 

                              O P I N I O N 

 

    Before Chief Justice Valdez and
Justices Hinojosa and Yanez 

                                Opinion Per Curiam

 

Appellant, MACLOVIO PEREZ, III, attempted to perfect an
appeal from a judgment entered by the County Court at Law No. 4
of Nueces County, Texas.  
On December 21, 2001, the trial court granted appellant=s motion for new
trial.








The Court, having examined and fully considered the documents on file
and the trial court=s order granting a new
trial, is of the opinion that the appeal should be dismissed for want of
jurisdiction.  The appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and
filed this

the 25th
day of April, 2002.